# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: Engram, Kelvin D | § § § § | Case No. 09 B 12205 |
| Debtor | | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/06/2009.

2) The plan was confirmed on 06/11/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/07/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/10/2009.

5) The case was converted on 04/14/2010.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $7,000.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,820.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$1,820.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,597.40 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $122.60 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,720.00** |
| Attorney fees paid and disclosed by debtor | $53.36 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois Dept of Revenue | Priority | $2,369.00 | NA | NA | $0 | $0 |
| Chicago Area Fed Credit Union | Secured | $1,000.00 | NA | NA | $0 | $0 |
| Chicago Area Fed Credit Union | Secured | NA | $1,000.00 | $1,000.00 | $0 | $0 |
| Citizen Financial | Secured | NA | $758.00 | $758.00 | $0 | $0 |
| HSBC Auto Finance | Secured | $15,046.00 | $15,046.00 | $15,046.00 | $100.00 | $0 |
| Aspire Visa | Unsecured | $445.29 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | NA | $853.38 | $853.38 | $0 | $0 |
| Bank Of America | Unsecured | NA | $356.57 | $356.57 | $0 | $0 |
| Chicago Area Fed Credit Union | Unsecured | $3,600.00 | $1,844.81 | $1,844.81 | $0 | $0 |
| Citizen Financial | Unsecured | $757.62 | NA | NA | $0 | $0 |
| Citizens Bank | Unsecured | $1,500.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $2,000.00 | $1,690.00 | $1,690.00 | $0 | $0 |
| Collection | Unsecured | $149.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $703.59 | $734.69 | $734.69 | $0 | $0 |
| Dental Care 4 U | Unsecured | $29.00 | NA | NA | $0 | $0 |
| Grand Canyon University | Unsecured | $3,320.00 | NA | NA | $0 | $0 |
| Health Tech Ind | Unsecured | $1,825.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC Auto Finance | Unsecured | $801.88 | $3,746.55 | $3,746.55 | $0 | $0 |
| Indiana Insurance Company | Unsecured | $105.00 | NA | NA | $0 | $0 |
| Joseph Mann & Creed | Unsecured | $231.28 | NA | NA | $0 | $0 |
| Lakeside Nephrology, Ltd | Unsecured | $380.00 | NA | NA | $0 | $0 |
| Loyola Medical Center | Unsecured | $679.81 | NA | NA | $0 | $0 |
| Loyola Medical Center | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Loyola University Phys Foundation | Unsecured | $3,318.76 | NA | NA | $0 | $0 |
| M3 Financial Services | Unsecured | $148.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Northwestern Associates | Unsecured | $198.00 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | $231.00 | $267.40 | $267.40 | $0 | $0 |
| Public Storage | Unsecured | $287.84 | NA | NA | $0 | $0 |
| RMI/MCSI | Unsecured | $125.00 | NA | NA | $0 | $0 |
| RMI/MCSI | Unsecured | $275.00 | $275.00 | $275.00 | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $2,591.00 | $2,591.45 | $2,591.45 | $0 | $0 |
| Rush Oak Park Hospital | Unsecured | $355.00 | NA | NA | $0 | $0 |
| Sage Telecom | Unsecured | $166.00 | $166.49 | $166.49 | $0 | $0 |
| Tribute | Unsecured | $179.00 | NA | NA | $0 | $0 |
| Village Of Berwyn | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Village of Forest Park | Unsecured | $275.00 | NA | NA | $0 | $0 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $15,046.00 | $100.00 | $0 |
| All Other Secured | $1,758.00 | $0 | $0 |
| **TOTAL SECURED:** | $16,804.00 | $100.00 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $12,526.34 | $0 | $0 |

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $1,720.00 |
| Disbursements to Creditors | $100.00 |
| **TOTAL DISBURSEMENTS:** | $1,820.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: April 20, 2010          By:  /s/ MARILYN O. MARSHALL
                                   Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.